In the Matter of C. ARTHUR ARNSTEIN, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of DAVID B. GETZ, an Attorney.— Reference ordered. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of MORRIS STREUSAND, an Attorney.— Reference ordered. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of S. SAMUEL WEINBERGER (Also Known as SIDNEY S. WEINBERGER), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Conservator of the Assets and Property in the State of New York of the INTERNATIONAL REINSURANCE CORPORATION, DOVER, DELAWARE, v. COLEMAN & COLEMAN, INC.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 561.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WANETA W. STROUT v. CROSS, AUSTIN & IRELAND LUMBER COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BERNARD G. STEINBERG, Suing on Behalf of Himself and All Other Stockholders of the Defendant NIAGARA HUDSON POWER CORPORATION, Similarly Situated, etc., v. F. L. CARLISLE and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MAX KELLER v. WILLIAM GREENSTONE (JOSEPH EPSTEIN and MORRIS LIEBMAN, Intervening Parties).— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: ELIAS GAGUNEN v. GONZALO BOZA & CO., INC.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BARNEY SHAW.— Motion for reargument denied. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOSEPH F. COHEN v. BERNARD WHITE, Impleaded with MORRIS WHITE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NOONAN BUILDING MATERIAL CO., INC., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GEORGE S. MAY, Doing Business, etc., v. FRANCIS KEIL & SON, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.